UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60117
Lower Ct. No. 3:98-CV-151-LN
_____

ALMA JEAN COPELAND,

Plaintiff-Appellee,

versus

UNIVERSITY MEDICAL CENTER OF MISSISSIPPI,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
_____

February 9, 2000

Before REYNALDO G. GARZA, JONES, and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

The court has carefully considered this appeal in light
of the parties' briefs, oral argument, and pertinent portions of
the record. Having done so we find no reversible error of fact or
law. The judgment of the district court is **AFFIRMED**.

_____

   [*]   Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.